1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| MIKAEL LEE THOMAS, | ) Case No. EDCV 08-669-PSG (JWJ) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| J. L. NORWOOD, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

Each party to bear its own costs.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on the plaintiff and counsel for
3  defendants.

5  DATED: **5/20/09**

7  **PHILIP S. GUTIERREZ**
8  PHILIP S. GUTIERREZ
   United States District Judge