# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEAL LEE THOMAS, | Case No. EDCV 08-669-PSG (JWJ) |
| Plaintiff, | JUDGMENT |
| vs. | |
| J. L. NORWOOD, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: ___5/20/09_____

_____
PHILIP S. GUTIERREZ
United States District Judge